















TKL   9/27/05   8:59
3:05-CV-01167   LASTER V. T-MOBILE USA INC
*34*
*DECL.*

1  WILLIAM N. KAMMER [SBN 53848]
   ALISON L. PIVONKA [SBN 156977]
2  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
3  San Diego, California 92101
   Telephone: (619) 231-0303
4  Facsimile: (619) 231-4755
   Email: apivonka@swsslaw.com
5
   JAMES C. GRANT [Pro Hac Vice]
6  MICHAEL PATRICK MCGINN [Pro Hac Vice]
   STOKES LAWRENCE, P.S.
7  800 Fifth Avenue, Suite 4000
   Seattle, WA  98104-3179
8  Telephone: 206-626-6000
   Fax: 206-464-1496
9  E-Mail: michael.mcginn@stokeslaw.com

10 Attorneys for Defendants T-MOBILE USA, INC.
   and OMNIPOINT COMMUNICATIONS, INC.
11 and TMO CA/NV, LLC

12          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF CALIFORNIA

13 JENNIFER L. LASTER, an individual;          CASE NO. 05CV1167 JM (AJB)
   ANDREW THOMPSON, an individual;
14 ELIZABETH VOORHIES, individually, and       **DECLARATION OF THOMAS MAKEY IN**
   on behalf of themselves and all others      **SUPPORT OF DEFENDANT T-MOBILE**
15 similarly situated and on behalf of the      **USA'S MOTION TO DISMISS AND**
   general public, and ROES 1 through 100,     **COMPEL ARBITRATION**
16 inclusive,
                                               [Consolidated with Case No. 05CV1288
17          Plaintiffs,                         JA(AJB) and Case No. 05CV1287JM(AJB)]
   v.
18 T-MOBILE USA, INC., a Delaware              Judge: Hon. Jeffrey T. Miller
   corporation; OMNIPOINT                      Date:   October 28, 2005
19 COMMUNICATIONS, INC. dba T MOBILE,          Time:   11:00 a.m.
   a Delaware corporation; TMO CA/NV, LLC,     Ctrm:   6
20 a California limited liability company;
   CELLCO PARTNERSHIP dba VERIZON              Action Filed: June 3, 2005
21 WIRELESS, a Delaware General Partnership;
   VERIZON WIRELESS (VAW) LLC dba
22 VERIZON WIRELESS, a Delaware Limited
   Liability Company; AIRTOUCH CELLULAR
23 dba VERIZON WIRELESS; CINGULAR
   WIRELESS, LLC, a Delaware limited liability
24 company; NEW CINGULAR WIRELESS
   PCS, LLC dba CINGULAR WIRELESS, a
25 California limited liability company; GO
   WIRELESS, a California corporation, and
26 DOES 1 through 100, inclusive,

27 Defendants.

28

FILED

SEP 23 2005

CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

ALISON L. PIVONKA [SBN 156977]
WILLIAM N. KAMMER [SBN 53848]
SOLOMON WARD SEIDENWURM & SMITH.LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4735
E-mail: apivonka@swsslaw.com

MICHAEL MCGINN [Pro Hac Vice]
KELLY TWISS NOONAN [Pro Hac Vice]
JAMES C. GRANT [Pro Hac Vice]
STOKES LAWRENCE, P.S.
800 Fifth Avenue, Suite 4000
Seattle, Washington 98104
Telephone: (206) 626-6000
Facsimile: (206) 464-1496
E-mail: kelly.noonan@stokeslaw.com

Attorneys for Defendants T-Mobile USA, Inc.,
Omnipoint Communications, Inc. and Pacific Bell
Wireless, LLC

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. LASTER, an individual; ANDREW THOMPSON, an individual; ELIZABETH VOORHIES, an individual on behalf of themselves and all others similarly situated, and on behalf of the general public, and ROES 1 through 100, inclusive, <br><br> Plaintiffs, <br><br> v. <br><br> T-MOBILE USA, INC., et. al., <br><br> Defendants. | Case No.: 05 CV 1167 JM (AJB) <br><br> DECLARATION OF THOMAS MAKEY IN SUPPORT OF MOTION TO COMPEL ARBITRATION |

I, Thomas Makey, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1.     I am a paralegal with the law firm of Stokes Lawrence, P.S., attorneys for T-Mobile USA, Inc., Omnipoint Communications, Inc. and Pacific Bell Wireless, LLC in this lawsuit.

1

2.      On September 23, 2005, I visited the Internet site for Virgin Mobile USA, at http://www.virginmobileusa.com.  A printout of the Internet home page is attached as Exhibit A.

3.      From the home page, I clicked on the tab, "Legal Info."  A printout of the "Legal Info" page is attached as Exhibit B.

4.      From the "Legal Info" page, I clicked on the link that said "Terms of Use     All the conditions that are part of having an account with Virgin Mobile.   Click here"  A printout of the Terms and Conditions is attached as Exhibit C.

5.      A review of Exhibit C indicates that Virgin Mobile USA's terms and conditions as found on its website do not contain any provisions requiring arbitration of disputes.

6.      In addition, on September 23, 2005, I visited the Internet site for TraceFone Wireless Inc. at http://www.tracfone.com.  A printout of that Internet home page is attached as Exhibit D.

7.      From the home page, I clicked on the tab, "Terms & Conditions".  A pop-up window appeared entitled: "Terms and Conditions / Keep your Service Active."  A printout of the Terms and Conditions is attached as Exhibit E.

8.      A review of Exhibit E indicates that TraceFone Wireless Inc.'s terms and conditions as found on its website do not contain any provisions requiring arbitration of disputes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Seattle, Washington this 23rd day of September, 2005.

By:  _____

Thomas Makey

File No.:  40518-011

| Exhibit No.: | | Page No. |
|---|---|---|
| A | Virgin Mobile USA Internet Home Page | 1 |
| B | Virgin Mobile USA Legal Info | 2 |
| C | Virgin Mobile USA Terms and Conditions | 3-12 |
| D | TracFone Wireless Internet Home Page | 13 |
| E | TracFone Wireless Terms and Conditions | 14-15 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





0 items in your
Shopping Cart

How It Works   Great Rates   Get a Phone   Accessories   Ringtones & More          Top-Up   Activate   Help   En Español

 **User Central**

**Already a Paygoist?**
**Log-in here**
Phone #

vKey #:

**Forgot your vKey?** ▸
**log-in**
**Activate a Phone**
**Top-Up Now**

*Virgin Mobile*
# FITS ANY STYLE



**Pay Minute2Minute**

As low as **10¢** per minute

**No Long-Term Contracts. Great Rates. Pay On Your Terms.**

**Special Online Offer**



**shorty**
now just
**$39.99**
NOKIA

**Buy the Nokia Shorty for just $39.99 and get a free headset when you buy from our Web site. Plus free FedEx shipping. Click here** ▸



Email Offer
Look-Look Magazine ⓖ

| **Check the Phones** | **Great Rates** | **FirstDibs Ringtones** | **Limited Edition Faceplates** |
|---|---|---|---|
|  Pay As You Go with phones as low as $24.99. Buy them here. Shop now ▸ |  Virgin Mobile fits any style. Learn more ▸ |  BOYZ HOOD Learn more ▸ | They're the hottest accessories since designer dog wear. Learn more ▸ |



Store locator zipcode [go]   Track order | Search

About Virgin Mobile | Jobs | Privacy policy | Legal info

© Virgin Mobile USA, LLC 2002-2005. All Rights Reserved.

A - 1

 **Pay As You Go**



0 items in your Shopping Cart

Login   Phone#

☐ Remember me

vKey    go

Forgot your vKey?

| Home | How It Works | Great Rates | Get a Phone | Accessories | Ringtones & More | | Top-Up | Activate | Help | En Español |



*Legal info*

## Legal information from Virgin Mobile

Here you can read all the legal documentation and other information you should know before doing business with any company.

**Privacy Policy**
Read about how we will and will not use your personal information. Click here ›

**Terms of Website Use**
By using this Web site, you are agreeing to a few things. Click here ›

**Terms of Use**
All the conditions that are part of having an account with Virgin Mobile. Click here ›

The "Virgin" name, the Virgin signature logo, the "Virgin Mobile" name and Virgin Mobile logo are registered trademarks of Virgin Enterprises Ltd. and used under license by Virgin Mobile USA, LLC.

**More about Virgin Mobile**

The Virgin Mobile story ›
The Virgin Group ›
Media center ›
Contact us ›
About our photos ›
Join our team ›
Legal info ›

**Store locator** zipcode  go   Track order | Search

About Virgin Mobile  |  Jobs  |  Privacy policy  |  Legal info

© Virgin Mobile USA, LLC 2002-2005. All Rights Reserved.

B2



Login   Phone# _____   vKey _____ **go**
        ☐ Remember me        Forgot your vKey?

0 items in
your
Shopping
Cart

Home  How It Works  Great Rates  Get a Phone  Accessories  Ringtones & More       Top-Up  Activate  Help  En Español



*Terms of Use*

## Terms of Service

- General
- Service
- Service Options
- Minute2Minute
- Day2Day
- Month2Month
- Taxes and Surcharges for Month2Month
- Switching among Service Options
- Top-Up
- Auto Top-Up
- Instant Top-Up
- Account Status
- Additional Charges
- Disputed Charges
- Refunds and Returns
- Refunds of Top-up Cards and Account Balances
- Returning Your Virgin Mobile Phone
- Lost or Stolen Equipment
- Phone Number
- Keeping Your Old Phone Number
- Acceptable Use of Virgin Mobile's Products and Services
- Content Objectionable or Offensive to Third Parties
- Unlawful Content
- Infringing Content
- Harmful Content
- Removal of Objectionable Content
- Suspension or Termination of Service
- Disclosure of Content
- Storage of Content
- Unsolicited Messages
- TTY Access
- Pay-Per-Call Services
- Limitation of Liability
- Indemnification
- Warranties
- Safety and Security
- Notices
- Use of Your Customer Information
- Effect of Terms of Service

### More about Virgin Mobile

The Virgin Mobile story ›
The Virgin Group ›
Media center ›
Contact us ›
About our photos ›
Join our team ›
Legal info ›

C-3



- Export

**General**

Virgin Mobile USA, LLC's terms apply to the services we offer to our customers. Anyone who buys our service and anyone using our service, with or without the buyer's consent, is considered a customer. If you're taking the time to read this, you are probably a customer.

By signing up for, paying for, or using our wireless service, you agree to these terms. If you don't agree to these terms, please contact Virgin Mobile immediately at 1-888-322-1122.

Our service is provided at our discretion. We can modify or cancel it or take corrective action at any time without prior notice and for any reason, including, but not limited to, your violation of any of these terms. We might change our terms, including pricing, from time to time, so check the Virgin Mobile web site, www.virginmobileusa.com, to stay updated. By accepting and continuing to use our service, you agree to be bound by the most recent version of our terms.

You agree not to use Virgin Mobile services in any way that is illegal, fraudulent or abusive as determined by Virgin Mobile. You may not alter any of the hardware or software on your Virgin Mobile phone.

**Service**

Telecommunications services are provided by Virgin Mobile USA, LLC using the Sprint Nationwide PCS Network through Virgin Mobile phones purchased from Virgin Mobile or an authorized retailer. You cannot use our service with any other phone, device or on any other network. Airtime is intended for domestic and international calling from the United States and related services as contemplated by these terms. Virgin Mobile phones and phone numbers are not intended for use as a pager or voicemail-only service, and Virgin Mobile may terminate any account if usage is limited to voicemail retrieval.

Service is only available in geographic areas covered by the digital service network footprint of our service partners, Sprint and its affiliates. Local phone numbers may not be available in certain affiliate markets.

Quality of service may be affected by conditions beyond our control, including atmospheric, geographic, or topographic conditions, or you dropping your phone in the bathtub. We do not warrant or guarantee that service will be available at any specific time or geographic location, or that service can be provided without interruption. We may give credit for continuous service interruption of more than 24 hours on a case-by-case basis, if such interruption was reasonably within our control, and if you notify *Virgin Mobile At Your Service* at 1-888-322-1122 within seven days of the interruption.

**Service Options**

You can choose between three great service options: Minute2Minute, Day2Day and Month2Month.

*Minute2Minute*

Charges for Minute2Minute service are 25 cents each minute for the first 10 minutes of each day and 10 cents each minute after that. It's that simple.

*Day2Day*

C-4

You can also elect to pay 35 cents every day for 10 cents minute all of the time. You can elect this option either on our website (www.virginmobileUSA.com) or by calling Virgin Mobile At Your Service (1-888-322-1122). To ensure that each minute you talk is only 10 cents, the 35 cents charge will be deducted from your account each day.

*Month2Month*
Month2Month automatically adjusts to four levels of minutes based on your usage each month:

- *Level 1:* $29.99 plus tax for 150 anytime and 150 night and weekend minutes.

- *Level 2:* An additional $10 + tax for 100 additional anytime minutes and 350 nights and weekend minutes.

- *Level 3:* An additional $10 + tax for 100 more anytime minutes and 500 nights and weekend minutes.

- *Level 4:* An additional $10 + tax for 50 minutes. Level 4 repeats as necessary based on usage.

You start each month at Level 1. VMU will notify you when you have ten anytime minutes left at your current level. You will be upgraded to the next level and charged an additional $10 + tax when approximately five anytime minutes remain in any level. You move to the next level when you use all of the anytime minutes at the preceding level. If a new monthly billing cycle starts before you use the 50th minute in Levels 2, 3 or 4, you will receive a credit to your account at a rate of 20 cents for each unused minute in that level up to 50 minutes.

Night and weekend minutes roll-over to the next level for that month. If you run out of night and weekend minutes in any level, any bonus minutes you may have received are used before the anytime minutes. VirginXL and VirginXtras are deducted from the cash balance in your Month2Month account. Services that have both cash and minutes-denominated components, such as international long distance or 411 directory assistance, are debited from the cash balance in your Month2Month account and use anytime or night and weekend minutes as well.

Anytime minutes must be used between 7:00 am to 9:00 pm Monday-Friday. Night minutes must be used between 9:00 p.m. to 7:00 a.m. Monday-Thursday. Weekend minutes must be used between 9:00 p.m. Friday to 7:00 a.m. Monday. Times are based on the location of your phone, not your phone's area code.

To participate in Month2Month, you must register a credit or debit card. If your credit card company declines your Level 1 monthly charge, we may retry the charge on your registered credit or debit card on the fourth day after the charge is declined unless (1) you have a sufficient cash balance in your Month2Month account at that time to pay the charge or (2) you have paid the charge in full before the fourth day.

You can use your Virgin Mobile account to pay for VirginXtras or VirginXL, and even your Month2Month monthly charges. We will deduct the Month2Month monthly charges from your account only if you have sufficient funds to pay the entire monthly charge. If there are insufficient funds in your account, we will charge your credit or debit card for the Month2Month fee.

You can add money to your account anytime by applying Top-Up cards or credit or

C-5

debit card payments. You can set up Auto Top-Up with your credit or debit card, automatically adding a specific amount to your Month2Month account each month. You can even use your existing Minute2Minute balance to pay for the Month2Month initial monthly fee if you switch to Month2Month from Minute2Minute.

If you do not pay your monthly Month2Month charge, your account will become inactive and you cannot use your phone. Inactive means you can't make or receive calls, send or receive text messages, download ringtones, anything- even if you have money in your account. If 90 days elapse, your account will expire and you will lose your phone number and be assessed a charge equal to any airtime left in your account. At that point, you'll have to reactivate and go through the fun and easy activation process again. Just contact *Virgin Mobile At Your Service* at 1-888-322-1122 to reinstate your account using a debit/credit card.

Your account history for the previous 60 days will be available online at www.virginmobileusa.com, but you can request a printed statement by calling Virgin Mobile At Your Service at 1-888-322-1122.

*Taxes and Surcharges for Month2Month*
We charge federal excise tax, state and local sales taxes, as well as surcharges for federal and state Universal Service Fund contributions and state and local e911 fees. Surcharges are not taxes or fees that the government requires from consumers.

*Switching among Service Options*
You can switch between Minute2Minute and Day2Day at any time, but repeated switching is not permitted.

You can switch from Minute2Minute or Day2Day to Month2Month at any time. *When you switch from Month2Month to Minute2Minute or Day2Day, you lose all* of the Month2Month minutes remaining in a level, so it's best to switch from Month2Month to either Minute2Minute or Day2Day at the end of your monthly billing cycle or after you've used your minutes.

**Top-Up**
It's how you add money to your Virgin Mobile account and keep the calls coming. You can Top-Up your account automatically by registering your credit or debit card, or you can buy Top-Up cards at thousands of retail locations. Top Up cards come in increments of $20, $30 and $50. Sales taxes apply.

The minimum Top-Up amount when using a credit or debit card is $20 ($15 if you select Auto Top-Up) and the maximum amount is $120. You may Top-Up up to 15 times per month. The maximum balance allowed in an account at one time is $300. The value of any Top-Up amount or card cannot be applied to any other wireless service. You cannot add more than $120 per day to your Virgin Mobile account.

*Auto Top-Up*
By registering for Auto Top-Up you agree to have the amount you have selected ($15, $20, $30 or $50) deducted from your credit or debit card and added to your Virgin Mobile account by choosing one of the following options: (1) once every month on the date you specify, (2) once every 90 days, or (3) when your balance falls below $5 or 90 days from your last Top-Up (whichever comes first).

You can set up, modify, or cancel your Auto Top-Up preferences at www.virginmobileusa.com or by calling *Virgin Mobile At Your Service* at 1-888-322-1122.

C-6

*Instant Top-Up*
When you select Instant Top-Up you are agreeing to have the amount you choose immediately deducted from your credit or debit card.

Go to www.virginmobileusa.com or call *Virgin Mobile At Your Service* at 1-888-322-1122 for more information about all of the easy ways you can Top-Up your Virgin Mobile account.

*Account Status*
From the day you Top-Up and for 90 days after, your service is active. You can make calls and do all things mobile with your phone if you have a positive account balance. If you don't Top-Up again sometime during those 90 days, your service will become inactive on the 91st day. Inactive means you can't make or receive calls, send or receive text messages, download ringtones, anything - even if you have money in your account.

During the next 60 days (days 91-150) you can Top-Up your account and make it active again. All of the airtime in your account will be renewed for another 90 days and you get to keep your phone number.

However, if you do not Top-Up by the 151st day, your service will expire and we will deactivate it. You will lose your phone number and the value of the airtime in your account. At that point, you'll have to reactivate and go through the fun and easy activation process again. Just contact *Virgin Mobile At Your Service* at 1-888-322-1122 to activate your account using a Top-Up Card or a debit/credit card.

If you're using the Minute2Minute service, you can keep your account active by setting an Auto Top-Up option for $15 every 90 days. In addition, if you Top-Up $90 within any 72-hour period and select our Service Preserver option, your Minute2Minute or Day2Day account will stay active for one year, but you will need a positive account balance to use your Virgin Mobile phone. If you qualify for Service Preserver, switch to Month2Month and then switch back to Minute2Minute or Day2Day more than 60 days from your activation of Service Preserver, you must Top-Up $90 within a 72-hour period and select Service Preserver to keep your account active for one year. If you qualify for Service Preserver, switch to Month2Month and then switch back to Minute2Minute or Day2Day within 60 days from your last activation of Service Preserver, you can reactive the Service Preserver option by returning to the Virgin Alert in your mailbox and accepting it again.

If your account decreases to a zero balance, it will become inactive immediately, which may result in the termination of any phone call or service for which you have not previously paid.

**Additional Charges**
There is a charge of $1.75 for each call to directory assistance, plus airtime. If you want access to certain types of VirginXtras and VirginXL services, there is a charge of 10 cents each day, but you may decline access to these services and forgo this fee. There is a charge of $1 each day for mobile web browsing for up to half a megabyte of data browsed. There are additional charges for each ringtone selected and airtime associated with usage of certain VirginXL and VirginXtras applications. Two checks of your balance on the mobile phone are free each day. Thereafter, each check that day costs 2 cents.

All rates are subject to change without prior notice, and additional regulatory surcharges and taxes may apply. Calls are limited to two hours.

C-7

Calls are billed in one-minute increments, with a minimum time per call of one minute. Billing for calls begins when you press the "send" or "talk" button, and ends when you hit the "end" key or both parties disconnect. International rates vary.

Please contact *Virgin Mobile At Your Service* at 1-888-322-1122 or visit our Web site at www.virginmobileusa.com with any questions about our services. Calls to *Virgin Mobile At Your Service* may be monitored for quality assurance.

## Disputed Charges
If you think there's been an error in any charge posted to your account, you need to notify us within 15 days after the charge is posted to your account balance to request an adjustment. Give *Virgin Mobile At Your Service* a call at 1-888-322-1122 and one of our advisors will help you out by investigating your claim.

## Refunds and Returns
*Refunds of Top-Up Cards and Account Balances*
Virgin Mobile is not responsible for, nor do we refund lost, stolen, misused, or damaged Top-Up cards. Virgin Mobile Top-Up cards that are removed from their packaging or show signs of tampering will not be accepted for refund. Virgin Mobile Top-Up cards that require a PIN to be printed on a store receipt cannot be returned for a refund. Top-Up cards must be applied to your account before the expiration date on the card. All airtime sales are final and non-refundable once applied to your account balance, regardless of who actually uses or possesses your phone after you buy airtime, and regardless of whether the phone usage is made with your consent or knowledge.

Month2Month monthly charges are nonrefundable.

*Returning Your Virgin Mobile Phone*
Phones purchased directly from Virgin Mobile may be returned for a full refund within 30 days of purchase. You must have the original receipt, packaging materials and all components. Please contact *Virgin Mobile At Your Service* at 1-888-322-1122 for instructions.

Phones purchased at retail stores may be returned to that store in accordance with the store's return policy. Please repack the phone and all components and bring to the store where you purchased it.

## Lost or Stolen Equipment
If your phone is lost or stolen, you are responsible for charges incurred until you notify us of the loss of your mobile phone. Once you call us, your account will be suspended. Once you purchase a new Virgin Mobile phone, any money left in your old phone account will be transferred to your new Virgin Mobile phone account.

## Phone Number
The phone number we give you is and will remain the property of Virgin Mobile. We may give the phone number to another customer without telling you if you cancel at any time to use another mobile service (unless you transfer the phone number to another telecommunications provider in accordance with applicable regulations), or if your account becomes inactive. We may also change your number at any time, but we'll tell you before we do that.

## Keeping Your Old Phone Number
You can switch an existing wireline or wireless phone number to be your Virgin

C-8

Mobile number depending on where you live. To switch an existing phone number to Virgin Mobile, contact **Virgin Mobile At Your Service** at 1-888-322-1122. We'll walk you through the process. Before you call, please have a bill from your old wireless or wireline carrier handy. *When you switch from your old wireless carrier, you may have to pay a termination penalty if you terminate your contract early.* Virgin Mobile will not reimburse you for any termination fees imposed by other carriers.

You will not be able to switch your area code without receiving a new local number from Virgin Mobile as well. For example, say you've just moved from San Francisco to New York City, and your San Francisco number was 415-123-4567. In that case, if you are switching to Virgin Mobile from a wireless carrier, you could keep 415-123-4567, but you can't switch to 212-123-4567. It's the same if you are switching your landline (your home phone) to Virgin Mobile—you will have to keep your old area code. Be careful though, your New York friends might end up paying long distance charges when they call your San Francisco number in New York.

**Acceptable Use of Virgin Mobile's Products and Service**
You may not use Virgin Mobile's service for any illegal purpose, including to harass, threaten, abuse, defame, or slander any individual. You may not use our service in a manner that interferes with another Virgin Mobile customer's use of our service.

Virgin Mobile and its business partners provide messages, data, information, music, games, images, text, or other material for your private use only. You may not upload and transmit or broadcast this content in public places. This use is expressly prohibited by Virgin Mobile. You will be solely responsible if you engage in any unauthorized use of this content.

The ringtones you purchase and the copyrights therein are the valuable intellectual property of third parties and may be used solely in connection with your mobile handset as a musical "ringer." You may not transfer the ring tone out of your handset via any means for any purpose. Any copying, redistribution or other use of the ring tone is expressly prohibited.

*Content Objectionable or Offensive to Third Parties*
You may not upload, download, post, distribute, or otherwise transmit any content that is unlawful, libelous, defamatory, slanderous, obscene, pornographic, harassing, threatening, abusive or harmful, or that infringes upon others' privacy rights.

*Unlawful Content*
You may not upload, download, post, distribute, or otherwise transmit any content that encourages or is in furtherance of an unlawful, criminal, or fraudulent activity.

*Infringing Content*
You may not upload, download, post, distribute, edit, modify or transmit any content that may infringe on any patent, trademark, trade secret, copyright, or other intellectual proprietary right of any person. Infringement may result from the unauthorized copying, posting, editing, modifying or distributing of any content, including ringtones, graphics, pictures, photographs, logos, software, articles, music, games, or videos. By posting any content, you represent that you have legal rights to use, distribute, and publish such content.

The "Virgin" name and signature and the "Virgin Mobile" name and logo are registered trademarks of Virgin Enterprises Limited and used under license by

C-9

Virgin Mobile USA, LLC.

*Harmful Content*
You agree not to upload, download, post, distribute, or otherwise transmit any content that contains viruses, worms, time bombs, or any other similar programs that would interfere or disrupt our provision of the service.

*Removal of Objectionable Content*
While we do not monitor your use of our service, we reserve the right to remove or delete any content that you upload, download, post, distribute, or otherwise transmit on our service that violates this Acceptable Use Policy or is otherwise deemed objectionable by us in our sole discretion. We may delete content that you have downloaded to your personal vault or limit the amount of content that you may download during any given period.

*Suspension or Termination of Service*
While we do not monitor your use of our service, we reserve the right to suspend or terminate service and access to the www.virginmobileusa.com site at any time should we determine in our sole discretion that you have violated this Acceptable Use Policy.

*Disclosure of Content*
To comply with appropriate legal process, Virgin Mobile may disclose any content to law enforcement authorities, as well as other relevant information, including your name, account history, account information, or other transmission data requested by law enforcement. We also may disclose any content to third parties as is necessary to respond to claims that any content violates the rights of third parties or to protect the rights and property of Virgin Mobile.

*Storage of Content*
Some content may not be stored or processed because of personal vault memory limitations. You agree that Virgin Mobile is not liable for such deletion or failure to store content, and you should store photographs permanently using another means, such as a CD-R or personal computer. Content may expire within 60 days of its original download or use unless you otherwise request its retention and/or preservation. A password may be required to use VirginXL and VirginXtras or to access the contents of your personal vault. Use of VirginXL requires the use of a compatible phone or other device and is subject to certain functionality limitations such as memory, processor speed, and graphics capability. Not all applications will work on all Virgin Mobile phones and equipment, and some applications may not be available in all areas. Use of certain VirginXL and VirginXtras applications may require the disclosure of personal information subject to the policies of the developers of such applications.

**Unsolicited Messages**
If you intentionally send unsolicited messages from your Virgin Mobile phone (also called "Spamming") we will terminate your service without further notice. Spam is bad.

**TTY Access**
For information concerning TTY access for the hearing impaired, please contact *Virgin Mobile At Your Service* at 1-888-322-1122.

**Pay-Per-Call Services**
Virgin Mobile will not directly complete any calls to 1-900, 1-976 or other pay-per-

C –10

call service.

## Limitation of Liability
Virgin Mobile and its business partners won't be liable to you for any indirect, special, incidental, consequential, exemplary or punitive damages of any kind, including lost profits (regardless of whether we have been notified that such loss may occur) by reason of any act or omission in our provision of products or services. We won't be liable for any act or omission of any other company furnishing a part of our service or any equipment provided for such service—including for errors or omissions of any vendors participating in offers made through us—or for any damages that result from any product or service provided by or manufactured by third parties.

## Indemnification
You agree to indemnify and hold harmless Virgin Mobile from any and all liabilities, penalties, claims, causes of action, and demands brought by third parties (including the costs, expenses, and attorneys' fees on account thereof resulting from your use of Virgin Mobile products and services) whether based in contract or tort (including strict liability) and regardless of the form of action.

## Warranties
We don't make our cell phones or other equipment. The only warranties are those extended by the manufacturers. We have no liability, therefore, in connection with the mobile phones and other equipment or for the manufacturers' acts or omissions. We make no warranties or representations, express or implied, regarding the products and services provided hereunder, including, but not limited to, warranty of title, warranty that the product or service is fit for a particular use, or warranty of merchantability. We expressly disclaim any and all implied warranties. One more time, NO WARRANTIES. Thanks.

## Safety and Security
Virgin Mobile is not responsible for the content or security of voicemail or contact lists you create. We urge you to create a password for access to your voicemail.

Do not use while driving.

## Notices
You may notify us by mail (Virgin Mobile USA, LLC, 10 Independence Blvd., Warren, NJ 07059), phone (1-888-322-1122) or electronic means (via our Web site at www.virginmobileusa.com). Such notices will be considered effective after we receive them. If you are unable to resolve your concerns with Virgin Mobile USA, you may file a complaint with the Federal Communications Commission, Washington, DC 20554. Any notice we send you will be sent to your last known residence or electronic address as shown on our records, or via electronic messaging to your Virgin Mobile phone.

## Use of Your Customer Information
We will always handle your information in a manner consistent with federal customer privacy laws and the Virgin Mobile USA Privacy Policy. We take all reasonable steps to protect your personal information from unauthorized use or disclosure. Except as contemplated by the Privacy Policy, we will not intentionally share your personal information without your permission. We may, from time to time, use the information you provide us with to market services to you that may be related to our service offerings. You will have the opportunity to choose whether you would like to receive text messages, email, direct mail and other updates from

C—11

Virgin Mobile and its partners about hot new products, special promotions, and important service information by editing your profile at www.virginmobileusa.com or by calling Virgin Mobile At Your Service at 1-888-322-1122.

**Effect of Terms of Service**
These terms supercede all oral or written communications and understandings between you and Virgin Mobile with respect to our products and services to you and the terms under which they are offered and provided to you. If any part of these terms is declared invalid or unenforceable, all other parts of these terms are still valid and enforceable. Such invalidity or non-enforceability will not invalidate or render unenforceable any other portion of these terms. No provision of these terms provides any person or entity not a party to these terms with any remedy, claim, liability, reimbursement, or cause of action or create any other third party beneficiary rights. Any complaint, arbitration or other legal action concerning these terms shall be interpreted under the laws of the State of New York, excluding the choice of law rules, and shall be subject to the jurisdiction of the courts of the State of New York. Complaints, arbitration or other legal actions involving California customers will be interpreted under the laws of the State of California, and will be subject to the jurisdiction of the courts of the California county in which the customer primarily uses Virgin Mobile's services.

**Export**
You agree to comply with all trade regulations and export control laws both domestic and foreign. Virgin Mobile phones, equipment, software, and any underlying information accessed or transferred by you using Virgin Mobile's services may be subject to U.S. export controls, including the Export Administration Act (50 U.S.C. § 2401, et seq.) and the Export Administration Regulations (50 C.F.R. § 730-774), as well as the import regulations of other countries. Except as authorized by Virgin Mobile and the U.S. export control laws, you agree not to export or re-export any Virgin Mobile phones, equipment, or software to any foreign country. Any information transferred by you using Virgin Mobile's services to any foreign country, entity, or person must comply with the U.S. Export Administration Act and the Export Administration Regulations.

**Store locator** zipcode [go]   Track order | Search

About Virgin Mobile | Jobs | Privacy policy | Legal info

© Virgin Mobile USA, LLC 2002-2005. All Rights Reserved.

C-12

Home | My Account | Customer Service | En Español



**wireless** where you **control** your costs



add airtime | activate/reactivate | buy airtime | buy phone | buy accessories | int'l long distance | services

why go prepaid

how it works

rates

phones

retailers

coverage maps

questions

technical support









Refer a Friend & Get **200 Minutes**



‣ **Best Deal**
   Free Phone Offers

‣ **Autopay Options**

‣ NEW Prepaid Long Distance
   FREE $5 Trial Offer

‣ Switch your number to
   TracFone and **Get**
   **100 Bonus Minutes**

‣ **SIM card**
   **registration failed?**

© 2005 TracFone® is a registered trademark of TracFone Wireless, Inc., a subsidiary of **América Móvil**.
All other trademarks, service marks, and trade names referenced in this site are the property of their respective owners.
**Privacy Policy | Terms & Conditions | About Us | Affiliate Program | Careers | Site Map**

D-13

*Terms and Conditions / Keep Your Service Active*

By activating your TracFone service ("Service"), customer ("You") acknowledges and agrees to the following terms and conditions:

To maintain TracFone Wireless service and keep your TracFone phone number, you must purchase and add an additional TracFone Prepaid Wireless Airtime card before the due date that is displayed on the TracFone. If you do not purchase and add additional airtime prior to the due date, your TracFone service will deactivate and you will lose your TracFone telephone number.

TracFone Airtime cards expire one year from the date of purchase from an authorized TracFone retailer. Airtime units added to your TracFone do not expire with active service.

TracFone Prepaid Wireless Airtime rate plans, card denominations and these Terms and Conditions of Service are subject to change without prior notice.

Tampering or falsification or entering of codes not properly authorized by TracFone, or the unauthorized use of your TracFone, may result in immediate discontinuance of Service and prosecution to the full extent of the law. TracFone reserves the right to cancel any service without notice.

TracFone Prepaid Wireless Airtime is issued in unit increments. Units are deducted from the TracFone wireless phone in the following manner:

**Number of units charged per minute of Airtime used**

1 Unit = 1 minute of local or long distance calls made from inside your home calling area.
*2 Units = 1 minute of roaming calls made from outside your home calling area.*
0.5 Units = 1 text message.

**For Single Rate phone models**

1 minute of local, long distance or roaming calls = 1 unit of airtime
Receiving text messages = no charge
Sending text messages = 0.3 units per message

Your TracFone will only operate with TracFone Prepaid Wireless Airtime cards and cannot be activated with other wireless or cellular services. The purchase of TracFone wireless airtime cards is non-refundable.

You will be charged for all time during which the TracFone is connected to, or using, the wireless system of the carrier or any other provider of wireless or ancillary services. Use of a wireless system typically begins when the user initiates a call by pressing the "send" or "call" button or upon receiving a call and does not end until the user presses the "end" button or the call is otherwise terminated. All calls are deducted in full-unit increments; partial airtime usage is rounded up to the next unit.

For outbound calls, you may be charged airtime for incomplete and/or busy-no answer calls. With incoming calls, you will be charged airtime upon pressing any key on the keypad to answer the call.

No credit is given for dropped calls. 911 Calls are FREE. If you are in an area where your phone is searching for a signal or there is no signal, it is highly probable that a call to 911 will not go through. Do not rely on this function in an emergency situation. Locate the nearest landline phone and call for help. Calls such as 411 and 611 are not free with TracFone and shall be charged at regular airtime rates. Please refer to the **"Number of units charged per minute of Airtime used"**section, above.

TracFone does not control whether toll charges apply to calls made to your TracFone. Those charges are governed by the rates and charges set by the caller's service provider.

You will not be able to make or receive calls on your TracFone from or to any location outside of the Unites States, Puerto Rico or the U.S. Virgin Islands. To make international calls, you will need to purchase a prepaid international long distance calling card that permits 1-800 dialing access. TracFone offers this service, which you may purchase at www.tracfone-ild.com. Your TracFone will deduct units at regular airtime rates for calls to any 1-800 number, including our Customer

E-14

Care 1-800 number.

Caller ID, Call Waiting, Voice Mail and Text Messaging may not be available in analog service areas or outside your home calling area. Airtime units are used when you access your voice mail or retrieve voice mail messages from your TracFone and send or read received text messages.

You must accept the TracFone telephone number assigned to your TracFone at the time of activation.

Service is subject to transmission limitations caused by atmospheric, topographical and other conditions. Further, Service may be temporarily refused, limited, interrupted or curtailed due to system capacity limitations, technology migration or limitations imposed by the carrier, or because of equipment modifications, upgrades, repairs or relocations or other similar activities necessary or proper for the operation or improvement of the carrier's radio telephone system. TracFone shall have no liability for Service failures or limitations of Service.

**Keeping Your Service Active**

During the first 60 days from phone activation, when you add a single 40, 100, 200, or 400-minute TracFone Prepaid Wireless Airtime card, your active service period or due date will extend 60 days from the date the new card is added. After your first 60 days from phone activation, when you add any one of these cards, your due date will be extended 60 days from the current due date to a maximum of 120 days. When you add two or more of these cards during or after your first 60 days from phone activation, your due date will extend to a maximum of 120 days from the date the new cards are added.

The due date can be extended past 120 days, up to 365 days from the date you add a TracFone 1 year prepaid wireless service card or Double Minute prepaid plan card. The due date can be extended to a maximum of 730 days from the date you add any combination of the 1 year prepaid wireless service card and/or the Double Minute prepaid plan card.

If you do not purchase and add additional airtime prior to the due date, your TracFone service will be deactivated and you will lose your TracFone phone number. Even if your service is deactivated, your TracFone can be reactivated by purchasing and adding any TracFone Prepaid Wireless Airtime card. However, once reactivated, your TracFone will be assigned a new phone number. Airtime which remained at the time of deactivation will remain on your TracFone if it is reactivated within 60 days from the deactivation date. However, airtime which remained at the time of deactivation will be lost if your TracFone Service remains deactivated longer than 60 days.

Remember, you must purchase and add a new TracFone Prepaid Wireless Airtime card before the due date is reached in order to keep your TracFone service active, even if you have units remaining. You can find TracFone Prepaid Wireless Airtime cards at the retailer where you purchased your TracFone, at over 60,000 retailers nationwide or at www.tracfone.com. To find a TracFone authorized retailer near you, please visit our website at www.tracfone.com.

