1  JESSE M. JAUREGUI (State Bar No. 129586)
   E-Mail: jjauregui@wbcounsel.com
2  MICHELE A. POWERS (State Bar No. 174779)
   E-mail: mpowers@wbcounsel.com
3  **WESTON, BENSHOOF, ROCHEFORT,**
   **    RUBALCAVA & MacCUISH LLP**
4  333 South Hope Street
   Sixteenth Floor
5  Los Angeles, California 90071
   Telephone:  (213) 576-1000
6  Facsimile:  (213) 576-1100

7  DONALD M. FALK (State Bar No. 150256)
   E-mail:  dfalk@mayerbrown.com
8  **MAYER BROWN LLP**
   Two Palo Alto Square
9  3000 El Camino Real, Suite 300
   Palo Alto, CA 94306-2112
10 Telephone: (650) 331-2000
   Facsimile: (650) 331-2060

11

12 Attorneys for Defendant
   CINGULAR WIRELESS LLC n/k/a AT&T
   MOBILITY LLC

13

14          **UNITED STATES DISTRICT COURT**

15          **SOUTHERN DISTRICT OF CALIFORNIA**

16

17 JENNIFER L. LASTER, an individual;        Case No. 05 CV 1167 DMS (AJB)
   ANDREW THOMPSON, an individual;
18 ELIZABETH VOORHIES, an individual, on     [Consolidated with Case No. 05 CV 1288
   behalf of themselves and all others similarly   JM (AJB), Case No. 05 CV 1287 JM (AJB)
   situated, and on behalf of the general public,  and 06 CV 0675 DMS NLS]
19 and ROES 1 through 100, inclusive,
                                              **NOTICE OF MOTION AND MOTION**
20              Plaintiffs,                   **OF DEFENDANT AT&T MOBILITY**
                                              **LLC TO COMPEL ARBITRATION**
21      v.                                    **AND TO DISMISS CLAIMS OF**
                                              ***CONCEPCION* PLAINTIFFS**
22 T-MOBILE USA, INC., a Delaware             **PURSUANT TO THE FEDERAL**
   Corporation; OMNIPOINT                     **ARBITRATION ACT**
23 COMMUNICATIONS, INC. dba T-MOBILE, a
   Delaware Corporation; TMO CA/NV, LLC, a    Date:   April 18, 2008
24 California limited liability company; CELLCO   Time:  1:30 p.m.
   PARTNERSHIP dba VERIZON WIRELESS, a     Ctrm:  10
25 Delaware General Partnership; VERIZON
   WIRELESS (VAW) LLC dba VERIZON                Hon. Dana M. Sabraw
26 WIRELESS, a Delaware Limited Liability
   Company; AIRTOUCH CELLULAR dba
27 VERIZON WIRELESS; CINGULAR
   WIRELESS, LLC, a Delaware limited liability
28 company; NEW CINGULAR WIRELESS PCS,

1     LLC dba CINGULAR WIRELESS, a California
limited liability company; GO WIRELESS,
2     INC., a California corporation, and DOES 1
through 100, inclusive,

3

                 Defendants.

4

5

6     VINCENT CONCEPCION and LIZA
CONCEPCION, on Behalf of Themselves and
All Others Similarly Situated,

7

8                  Plaintiffs,

9       v.

10    CINGULAR WIRELESS LLC,

11    Defendant.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION OF DEFENDANT AT&T MOBILITY TO COMPEL ARBITRATION
AND DISMISS CLAIMS OF *CONCEPCION* PLAINTIFFS; Case No. 05cv1167 DMS (AJB)

TO PLAINTIFFS AND TO THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on April 18, 2008 at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 10 of the above-entitled Court, located at 940 Front Street, San Diego, California, before the Honorable Dana M. Sabraw, defendant AT&T Mobility LLC ("ATTM"), formerly known as Cingular Wireless LLC, by and through its attorneys of record, will and hereby does move this Court to enter an order pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16:

(1) compelling plaintiffs Vincent and Liza Concepcion to arbitrate their claims against defendant ATTM or pursue them in small claims court; and

(2) dismissing the Concepcions' claims against ATTM.

This Motion is based upon this Notice of Motion and Motion; the attached Memorandum of Points and Authorities; and the Declarations of Neal S. Berinhout, Richard A. Nagareda, Michele A. Powers, and Joanne Savage, and all exhibits thereto.

WHEREFORE, ATTM respectfully requests that this Court enter an Order compelling plaintiffs Vincent and Liza Concepcion to arbitration their claims or pursue them in small claims court, and dismissing those claims.

Dated: March 13, 2008

JESSE M. JAUREGUI
MICHELE A. POWERS
**WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP**

DONALD M. FALK
**MAYER BROWN LLP**

By: _Michele A. Powers_
Michele A. Powers
Attorneys for Defendant
CINGULAR WIRELESS LLC n/k/a AT&T
MOBILITY LLC

-1-



1    Of Counsel:

2    Evan M. Tager
     Archis A. Parasharami
3    MAYER BROWN LLP
     1909 K Street, N.W.
4    Washington, D.C. 20006-1101
     Telephone: (202) 263-3000
5    Facsimile:  (202) 263-3300

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION OF DEFENDANT AT&T MOBILITY TO COMPEL ARBITRATION
AND DISMISS CLAIMS OF *CONCEPCION* PLAINTIFFS; Case No. 05cv1167 DMS (AJB)