JESSE M. JAUREGUI (State Bar No. 129586)
E-Mail: jesse.jauregui@alston.com
MICHELE A. POWERS (State Bar No. 174779)
E-Mail: michele.powers@alston.com
LINDSAY G. CARLSON (State Bar No. 235999)
E-Mail: lindsay.carlson@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Tel: (213) 576-1000
Fax: (213) 576-1100

Attorneys for Defendants CINGULAR WIRELESS LLC, n/k/a AT&T MOBILITY LLC and NEW CINGULAR WIRELESS PCS, LLC, dba CINGULAR WIRELESS, now dba AT&T MOBILITY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| JENNIFER L. LASTER, et al., | Case: 05 CV 1167 DMS (AJB) |
|---|---|
| Plaintiffs, | Honorable Anothy J. Battaglia |
| v. | **JOINT MOTION FOR ORDER EXTENDING TIME AND ALLOWING EARLY NEUTRAL EVALUATION CONFERENCE TO PROCEED TELEPHONICALLY** |
| T-MOBILE USA, INC., et al., | |
| Defendants. | |

1 Plaintiffs Jennifer L. Laster, Andrew Thompson, Elizabeth Voorhies, Vincent
2 Concepcion and Liza Concepcion ("Plaintiffs") and Defendants T-Mobile USA, Inc.,
3 Omni Point Communications, Inc. dba T-Mobile, TMO CA/NV, LLC ("T-Mobile
4 Defendants"); Cellco Partnership dba Verizon Wireless, Verizon Wireless (VAW)
5 LLC dba Verizon Wireless, Airtouch Cellular dba Verizon Wireless ("Verizon
6 Defendants"); Cingular Wireless LLC n/k/a AT&T Mobility LLC and New Cingular
7 Wireless PCS, LLC dba AT&T Mobility ("ATTM Defendants"); and Go Wireless, Inc.
8 ("Go Wireless Defendant") (collectively "Defendants") by and through their counsel,
9 hereby stipulate and move as follows:

10 Whereas, on October 29, 2008 the Court denied Defendants' motion for
11 reconsideration of the Court's August 11, 2008 order granting in part and denying in
12 part the Defendants' motion to dismiss or in the alternative to certify issues for
13 interlocutory appeal;

14 Whereas, on November 19, 2008, the Court issued an Order Setting Early
15 Neutral Evaluation Conference; Briefing Schedule and Briefing Requirements setting
16 the Early Neutral Evaluation Conference for January 12, 2009 at 10:00 a.m.;

17 Whereas, counsel for ATTM is not available to appear at the scheduled ENE on
18 January 12 due to a previously scheduled vacation out of the country from January 9
19 through 16, 2009;

20 Whereas, this action is styled as a putative class action and counsel for the
21 Defendants believe it would be premature to require in person attendance by the
22 parties, insurance carriers or counsel for purposes of meaningful settlement
23 discussions, and, as such, believe it in the interest of judicial economy and for good
24 cause to satisfy the requirements of Civil Local Rule 16.1.c by scheduling a
25 teleconference with the Court and all counsel on January 21, 2009 at 9:30 a.m. or as
26 soon thereafter as this Court is available.

27 \\\

28

1

ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

IMANDB/1302016v1

Whereas, counsel for the Plaintiffs do not oppose holding the Early Neutral Evaluation Conference by teleconference.

The parties hereby stipulate and move the Court as follows:

1. The January 12, 2009 Early Neutral Evaluation Conference in satisfaction of Civil Local Rule 16.1.c shall occur by teleconference with the Court and all counsel on January 21, 2009 at 9:30 a.m. or as soon thereafter as the Court is available.

DATED: December 19, 2008      JESSE M. JAUREGUI
                              MICHELE A. POWERS
                              LINDSAY G. CARLSON
                              **ALSTON & BIRD LLP**

                              /s/Michele A. Powers
                              ─────────────────────
                              Michele A. Powers
                              Attorneys for Defendants
                              CINGULAR WIRELESS LLC n/k/a AT&T
                              MOBILITY LLC and NEW CINGULAR
                              WIRELESS PCS, LLC dba CINGULAR WIRELESS
                              now dba AT&T MOBILITY

DATED: December 19, 2008      CRAIG M. NICHOLAS
                              MATTHEW B. BUTLER
                              **NICHOLAS & BUTLER, LLP**

                              /s/ Craig M. Nicholas
                              ─────────────────────
                              Craig M. Nicholas
                              Attorneys for Plaintiffs
                              JENNIFER L. LASTER, ANDREW THOMPSON,
                              and ELIZABETH VOORHIES

DATED: December 19, 2008      KIRK HULETT
                              **HULETT HARPER STEWART LLP**

                              /s/ Kirk Hulett
                              ─────────────────────
                              Kirk Hulett
                              Attorneys for Plaintiff
                              VINCENT CONCEPCION

2

ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

| | | |
|---|---|---|
| 1 | DATED:  December  19, 2008 | WILLIAM N. KAMMER |
| 2 | | ALISON L. PIVONKA |
| | | **SOLOMON WARD SEIDENWURM & SMITH** |

_/s/ Alison L. Pivonka_
Alison L. Pivonka
Attorneys for Defendant
TMO CA/NV, LLC erroneously sued as PACIFIC BELL WIRELESS, LLC T-MOBILE USA, INC, OMNIPOINT COMMUNICATIONS, INC. dba T-MOBILE

DATED:  December  19, 2008    BILL KRAMER
CASSANDRA L. KINKEAD
**DAVIS WRITE TREMAINE LLP**

_/s/ Bill Kramer_
Bill Kramer
Attorneys for Defendant
TMO CA/NV, LLC

DATED:  December  19, 2008    JOHN C. WYNNE
ROSE M. HUELSKAMP
**DUKOR SPRADLING METZGER & WYNNE**

_/s/ John C. Wynne_
John C. Wynne
Attorneys for Defendant
GO WIRELESS, INC.

DATED:  December  19, 2008    HENRY WEISSMANN
RICHARD E. DROOYAN
KAREN FESSLER
MUNGER, TOLLES & OLSON LLP

_/s/ Karen Fessler_
Karen Fessler
Attorneys for Defendants
VERIZON WIRELESS (VAW) LLC dba VERIZON WIRELESS, CELLCO PARTNERSHIP dba VERIZON WIRELESS, AIRTOUCH CELLULAR dba VERIZON WIRELESS

3

IMANDB/1302016v1