cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. LASTER, on behalf of herself and all others similarly situated and on the behalf of the general public, et al.,<br><br>Plaintiff,<br>v.<br>T-MOBILE USA, INC., a Delaware corporation, et al.,<br><br>Defendants. | Civil No.05cv1167 DMS (AJB)<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE AND TO PROCEED TELEPHONICALLY**<br><br>[Doc. No. 198.] |

The Court, having considered the parties' joint motion and finding good cause, IT IS HEREBY ORDERED THAT the January 12, 2009 Early Neutral Evaluation Conference shall be vacated and continued to **January 22, 2009 at 9:30 a.m.**  The conference shall be telephonic. Plaintiff's counsel shall initiate and coordinate the conference call.

IT IS SO ORDERED.

DATED: December 22, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court