# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jennifer L. Laster, an individual; Andrew Thompson, an individual; Elizabeth Voorhies, an individual, on behalf of themselves and all others similarly situated, and on behalf of the general public, and Roes 1 through 100, inclusive

V.

T-Mobile USA, Inc., a Delaware Corporation; Omnipoint Communications, Inc. dba T Mobile, a Delaware Corporation; TMO CA/NV, LLC, a California limited liability company; Cellco Partnership dba Verizon Wireless, a Delaware General Partnership; Verizon Wireless (VAW) LLC dba Verizon Wireless, a Delaware limited liability company; Airtouch Cellular dba Verizon Wireless; Cingular Wireless, LLC, a Delaware limited liability company; New Cingular Wireless PCS, LLC dba Cingular Wireless, a California limited liability company; Go Wireless, Inc., a California corporation, and Does 1 through 100, inclusive

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   05cv1167-DMS (AJB)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' individual Motions for Summary Judgment are Granted. Defendants' Joint Motion for Summary Judgment is Denied without prejudice, and Plaintiffs' Motions for class certification are Denied as Moot.

| December 14, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/L Odierno |
| | (By) Deputy Clerk |
| | ENTERED ON December 14, 2009 |

05cv1167-DMS (AJB)